In the Matter of WILLIAM GENSER, an attorney and counsellor at law.

October 4, 1954. Suspension lifted and respondent reinstated to the practice of law. Opinion reported at 15 *N. J.* 600.

In the Matter of EDWARD H. BACKES, an attorney and counsellor at law.

December 19, 1955. Suspension lifted and respondent reinstated to the practice of law. Opinion reported at 16 *N. J.* 430.

In the Matter of IRA BERNARD DWORKIN, an attorney and counsellor at law.

December 12, 1955. Suspension lifted and respondent reinstated to the practice of law. Opinion reported at 16 *N. J.* 455.